## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 734 MAL 2017
:
Respondent :
:
: Petition for Allowance of Appeal from
: the **Unpublished Memorandum and**
v. : **Order** of the Superior Court at No.
: 1728 MDA 2016 entered on
: September 29, 2017, **affirming** the
JAMES R. CRUZ, JR., : PCRA Order of the Centre County
: Court of Common Pleas at No. CP-14-
Petitioner : CR-0001246-1993 entered on
: September 14, 2016

## <u>ORDER</u>

**PER CURIAM**                                              **DECIDED:  March 28, 2018**

**AND NOW**, this 28th day of March, 2018, the Petition for Allowance of Appeal is

**GRANTED.**  The judgment of the Superior Court is **VACATED,** as is the January 5, 2017

order of the Centre County Court of Common Pleas dismissing the untimely Petitioner's

petition filed pursuant to the Post Conviction Relief Act, 42 Pa.C.S. §§ 9541-46. The case

is **REMANDED** to the PCRA Centre County Court of Common Pleas for reconsideration

in light of this Court's recent decision in *Commonwealth v. Chmiel,* 173 A.3d 617 (Pa.

2017).